**Order entered September 18, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00246-CV

### DAVID B. MCKINNON, ET AL., Appellants

### V.

### BILL GURLEY, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13561**

## ORDER

Before the Court is appellees' September 14, 2018 Objection to Appellants' Untimely Request for Supplementation of the Record. We construe appellant's document as a motion to strike the supplemental clerk's record filed on September 12, 2018. We **DENY** the motion.

/s/　　ADA BROWN
　　　　JUSTICE